

**400 Crossing Boulevard**
**8th Floor**
**P.O. Box 5933**
**Bridgewater, NJ  08807**
**T: 908-722-0700**
**F: 908-722-0755**

*Direct Dial: 908-252-4208*
*Email: naduston@nmmlaw.com*

April 10, 2018

<u>**Electronic Filing**</u>
Hon. Ann Marie Donio
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

        **Re:**    **KAASA-Midlantic, LLC v. Reliant Land Services, LLC**
                **Dkt. No. 17-cv-06623-RBK-AMD**

Dear Judge Donio:

     As you are aware, this firm represents KAASA-Midlantic, LLC and Steven J. Greenberg in the above-referenced litigation.  Pursuant to ¶ 2 of your February 26, 2018 scheduling order, we write to inform the Court that the parties have conferred concerning discovery of digital information.  The parties have reached a preliminary agreement on discovery of electronically stored information (ESI), including appropriate format for production of ESI.  We do not at this time anticipate any issues regarding ESI that will require the Courts' attention.

                     Respectfully Submitted,

                     Norris McLaughlin & Marcus, P.A.

                     */s/ Nicholas Duston*
                     Nicholas A. Duston

CC:    Robert Mahoney, Esq.
          Gregory A. Lomax, Esq.
          Sarah Cohen, Esq.

